IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DON CARLOS URRUITA, | : | Case No. 4:13-CV-0577 |
| Petitioner, | : | (Judge Brann) |
| v. | : | |
| PA ATTORNEY GENERAL, JEROME WALSH, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | (Magistrate Judge Blewitt) |
| Respondents. | : | |

**ORDER**

December 9, 2014

**BACKGROUND:**

On March 1, 2013, Petitioner, Don Carlos Urruita, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The petition will be denied.

On August 4, 2014, Magistrate Judge Thomas M. Blewitt, to whom the petition is jointly assigned, issued a report and recommendation recommending that the petition be denied.  Petitioner filed objections to the report and recommendation of the magistrate judge on August 21, 2014.  ECF No. 18.

Petitioner's objections do nothing to cure the legal insufficiencies in the petition.  For the sake of judicial economy, the undersigned will not rehash the

sound reasoning of the Magistrate Judge. The report and recommendation is adopted in full. ECF No. 17.

**IT IS HEREBY ORDERED THAT:**

1. The Petition for Writ of Habeas Corpus is DENIED. March 1, 2013, ECF No. 1.

2. The report and recommendation of Magistrate Judge Thomas M. Blewitt is adopted in full. August 4, 2014, ECF No. 17.

2. There is no basis for the issuance of a certificate of appealability.

3. The clerk is directed to close the case file.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge